| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2007 | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Henry, Robert H | 2. Court or Organization<br><br>U.S. Court of Appeals: 10th Ci | 3. Date of Report<br><br>05/1/2008 |
|---|---|---|
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Chief Judge, Tenth Circuit | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2007<br>to<br>12/31/2007 |
| **7. Chambers or Office Address**<br><br>U.S. Courthouse<br>200 N.W. 4th Street, Room 2421<br>Oklahoma City, OK 73102 | **8.** On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director (advisory) | Jasmine Moran Children's Museum |
| 2. | Director | Harlan, Inc. ▮▮▮ (corporation) |
| 3. | Director | Oklahoma Foundation for Excellance |
| 4. | Director | VERA Institute for Justice |
| 5. | Director | Oklahoma Medical Research Foundation |
| 6. | Director (Advisory) | University of Oklahoma College of Fine Arts Board of Visitors |
| 7. | Director | Oklahoma Arts Institute |
| 8. | Director (Advisory) | University of Oklahoma Honors College Board of Visitors |
| 9. | Chair | American Bar Association, Chair of the Middle East and North Africa Law Initiative |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1976-91 | State of Oklahoma Public Employees Retirement System |
| 2. | | |

RECEIVED 2008 MAY -1 P 1: FINANCIAL DISCLOSURE OFFICE

3.

| Name of Person Reporting | Date of Report |
|---|---|
| Henry, Robert H | 05/1/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 1/07 | Harlan, Inc. | $ 500.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2005 | Dr. Janice L. Ralls, P.C., Dentist |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Society of International Law (ASIL) | 01/24/2007 | Washington DC | Advisory Board Meeting | Transportation, meals, hotel |
| 2. | William Hearst Foundation - U.S Senate Program | 03/05/2007 | Washington DC | Speaker | Tansportation, meals, hotel |
| 3. | American College of Trial Lawyers | 04/15/2007 to 04/18/2007 | Washington DC | Canada/US Legal Exchange | Transportation, meals, hotel |
| 4. | American College of Trial Lawyers | 04/18/2007 to 04/20/2007 | Richmond, VA | Canada/US Legal Exchange | Transportation, meals, hotel |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Henry, Robert H | 05/1/2008 |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 5. | American Bar Association (ABA) (CEELI) | 06/05/2007 to 06/09/2007 | Prague, Czech Republic | Speaker | Transportation, meals, hotel |
| 6. | ABA (CEELI) | 06/09/2007 to 06/12/2007 | Kiev, Ukraine | Speaker | Transporation, meals, hotel |
| 7. | ABA (CEELI) | 06/12/2007 to 06/13/2007 | Budapest, Hungary | Speaker | Transportation, meals, hotel |
| 8. | ABA (CEELI) | 06/13/2007 to 06/17/2007 | Sofia, Bulgaria | Speaker | Transportation, meals, hotel |
| 9. | Santa Fe Bar | 07/16/2007 | Santa Fe, NM | Speaker - Bar Meeting | Mileage, meals |
| 10. | American College of Trial Lawyers | 09/24/2007 to 9/26/2007 | Montreal, Canada | Canada/US Legal Exchange | Transportation, meals, hotel |
| 11. | American College of Trial Lawyers | 09/26/2007 to 9/28/2007 | Ottawa, Canada | Canada/US Legal Exchange | Transportation, meals, hotel |
| 12. | International Network of Boutique Law Firms (INBLF) | 10/5/2007 to 10/6/2007 | Boston, MA | Panel Speaker | Transportation, meals, hotel |

| Name of Person Reporting | Date of Report |
|---|---|
| Henry, Robert H | 05/1/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. BancFirst | Business - Line of CreditCredit Card | M |
| 2. OSLA | Student Loans | L |
| 3. Capital One | Credit Card | J |
| 4. Allegiance Credit Union | Line of Credit | J |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henry, Robert H | 05/1/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Allegiance Credit Union | A | Interest | J | T | | | | | |
| 2. Vanguard 500 Index | A | Dividend | J | T | | | | | |
| 3. TIAACREF | A | Interest | K | T | Partial Sale | 8/13 | J | | |
| 4. Smith Barney IRA | A | Dividend | K | T | | | | | |
| 5. - Smith Barney Aggregate Growth Mutal Fund | | | | | Buy | 8/13 | J | | |
| 6. - Smith Barney Fundamental Value Mutual Fund | | | | | Buy | 8/13 | J | | |
| 7. Sunoco Partners Marketing a/k/a Sun Oil | A | Royalty | J | T | | | | | |
| 8. Cordillera Energy a/k/a Vintage Petroluem, Inc. | A | Royalty | J | T | | | | | |
| 9. Janice L. Ralls, DDS, PC Profit Sharing 401 (K) Plan | | None | L | T | Contribution | 12/31 | K | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

II. AGREEMENTS:

State of Oklahoma Public Employee Retirement System (vested retirement paid into state system during my public service as State Representative and Attorney General of Oklahoma, 19760 1991; may be withdrawn beginning at age 55.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIF
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544